UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**Joel Schlesinger** individually
and all other similarly situated consumers,

        Plaintiff,

v.     **STIPULATION OF DISMISSAL**

        Case No.     1:17-cv-01590-MKB-PK

**Northland Group Inc**

        Defendant.
_____/

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL

COMES now plaintiff and defendant, by and through their undersigned counsel, in the above-titled action and request entry of a Final Order of Dismissal with Prejudice in this matter, each party to bear its own costs and fees, and without prejudice as to the rights of any putative class members other than Plaintiff, if any.

Dated this 2nd day of August, 2017

/s/ David Palace
David Palace, Esq.
Law Offices of David Palace
383 Kingston Avenue, #113
Brooklyn, NY  11213
Phone: (347) 651-1077
Fax: (347) 464-0012
Email: davidpalaceesq@gmail.com

Attorney for Plaintiff

/s/ Adam P. Hartley
Adam P. Hartley, Esq.
BALLARD SPAHR LLP
919 Third Ave., Floor 37
New York, New York 10022
Phone: (646) 346-8033
Email:  hartleya@ballardspahr.com

Attorney for Defendant

    SO ORDERED:
    s/ MKB 8/3/2017

    _____
    MARGO K. BRODIE
    United States District Judge